1  Romelyn B. Garner, Pro se
   1788 Sherbrooke St,
2  San Diego, California 92139
   (619) 434-3395
3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                    FOR THE SOUTHERN DISTRICT OF CALIFORNIA

7  | ROMELYN B. GARNER, Pro se      )
8  |                                )
   |        Plaintiff,              )
9  |                                )           CASE NO.
   | Vs.                            )
10 |                                )
   | WORLD SAVINGS BANK, and        )
11 | GOLDEN WEST SAVINGS ASSN.      )           '08 CV 0847 J WMc
   |                                )
12 |        Defendants.             )
13 |                                )

FILED 08 MAY 12 PM 1:48
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

14              **NOTICE OF FEDERAL LIS PENDENS AND LIS PENDENS**

15      TO ALL PERSONS be it known of the pending litigation in the United States

16

17 District Court for the Southern District of California regarding the property at 1788

18

19 Sherbrooke St, San Diego, CA 92139.

20

21

22      This lis pendens shall serve notice of the pending adverse claim and shall serve as a legal

23

24 notice and legal impediment against any and all claims in and to the subject

Romelyn B. Garner – LIS PENDENS
- 1

1 | property, legally described as follows: Lot 11 of Bay Terraces Unit No. 5, in the City of

2

3 | San Diego, County of San Diego, State of California, according to the map thereof no.

4

5 | 10794.

6

7 | _____  5-12-08
      Romelyn B. Garner, Plaintiff   Date

8

9 | Approved By:

10

11

12

13 | _____   _____
      Date                District Court Judge

14

15

16

17

18

19

20

21

22

23

24

- 2