PROOF OF SERVICE
(C.C.P. § 1013A(3))

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is: 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101.

On June 10, 2008, I served the foregoing document described as:

**ANSWER OF WACHOVIA MORTGAGE F.S.B. AND GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO.**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Romelyn B. Garner
1788 Sherbrooke Street
San Diego, CA  92139
(619) 434-3395

MAIL

☐   I deposited such envelope in the mail at PASADENA California.  The envelope was sealed and mailed with postage thereon fully prepaid. [OR]

☒ I am readily familiar with the office's business' practice for collection and processing of correspondence for mailing with the United State Postal Service.  The correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.  On the date above the correspondence was placed at the business address stated above for deposit in the United States Postal Service.  The envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

☒   (FEDERAL)  I declare that I am employed in the offices of a member of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and this declaration is executed this date, June 10, 2008.

| | |
|---|---|
| _____<br>Jill Ashley<br>(Print name) | _____<br>(Signature) |

1

[PROOF OF SERVICE]