UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMELYN B. GARNER, | ) Case No. 08cv847 DMS (WMc) |
| | ) |
| Plaintiff, | ) **NOTICE AND ORDER FOR EARLY** |
| | ) **NEUTRAL EVALUATION CONFERENCE** |
| v. | ) |
| | ) |
| WORLD SAVINGS BANK; and GOLDEN | ) |
| WEST SAVINGS ASSN., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**IT IS HEREBY ORDERED** that an Early Neutral Evaluation of your case will be held on **July 22, 2008** at **3:00 p.m.** in the chambers of the Honorable William McCurine, Jr., United States Magistrate Judge, 940 Front Street, Courtroom C, San Diego, California, 92101. **Absent extraordinary circumstances, requests for continuances will not be considered** *unless* **submitted in** *writing* **no less than fourteen (14) days prior to the scheduled conference.**

Pursuant to Local Rule 16.1(c) of the Local Rules of the United States District Court for the Southern District of California, **all named parties, all counsel, and any other person(s) whose authority is required to negotiate and enter into settlement**

1 **shall appear <u>in person at the conference,</u>** shall be prepared to

2 discuss the claims and defenses, and shall be legally and factually

3 prepared to discuss and resolve the case at the Early Neutral

4 Evaluation conference.  **Full authority to settle means that the**

5 **individual present at the settlement conference has the unfettered**

6 **discretion and authority to: 1) fully explore settlement options**

7 **and to agree at that time to any settlement options; 2) agree at**

8 **that time to any settlement terms acceptable to the parties; 3)**

9 **change the settlement position of a party; and 4) negotiate**

10 **monetary awards without being restricted to a specific sum certain**.

11      Where the suit involves the United States or one of its

12 agencies, only United States counsel with full settlement authority

13 need appear.  <u>As to all other parties, appearance by litigation</u>

14 <u>counsel only is *not* acceptable</u>.

15      Requests to be excused from attendance for **extraordinary**

16 **circumstances** must be in writing and received by the Court at least

17 **fourteen (14) days** prior to the conference.  **Failure of required**

18 **counsel and parties to appear <u>in person</u> will be cause for the**

19 **imposition of sanctions.**  Sanctions will include, but are not

20 limited to, the attorney's fees and travel costs of the other

21 parties in the case.  In addition, the conference will not proceed

22 and will be reset to another date.  All conference discussions will

23 be informal, off the record, privileged, and confidential.

24      Counsel for any non-English speaking parties is responsible

25 for arranging for the appearance of an interpreter at the

26 conference.

27      In cases where a party is **<u>incarcerated</u>** at the time of the

28 scheduled conference, arrangements will be made for the

1  incarcerated party to appear telephonically.

2      The parties are required to submit a short Early Neutral

3  Evaluation Conference Statement about the case on a confidential

4  basis no later than **seven (7) days** before the conference.

5      Rule 26 of the Federal Rules of Civil Procedure shall apply to

6  this case.  All discovery shall be stayed until after the Rule

7  26(f) conference, unless otherwise permitted by Rule 26(f) or court

8  order.

9      In the event the case does not settle at the Early Neutral

10  Evaluation Conference, the parties shall also be prepared to

11  discuss the following matters at the conclusion of the conference:

12      1.    Any anticipated objections under Federal Rule of Civil

13  Procedure  26(a)(1)(E)  to  the  initial  disclosure  provisions  of

14  Federal Rule of Civil Procedure 26(a)(1)(A-D);

15      2.    The scheduling of the Federal Rule of Civil Procedure

16  26(f) conference;

17      3.    The date of initial disclosure and the date for lodging

18  the discovery plan following the Rule 26(f) conference; and

19      4.    The scheduling of a Case Management Conference pursuant

20  to Federal Rule of Civil Procedure 16(b).

21      Plaintiff's counsel shall give written notice of the Early

22  Neutral  Evaluation  Conference  to  parties  responding  to  the

23  complaint after June 11, 2008.

24  ///

25  ///

26  ///

27  ///

28  ///

1      Questions regarding this case may be directed to the

2   Magistrate Judge's law clerk at (619) 557-6624.

3      **IT IS SO ORDERED.**

4   DATED:   June 11, 2008

5

6                          Hon. William McCurine, Jr.
                           U.S. Magistrate Judge
7                          United States District Court

8

9

10   COPY TO:

11   HONORABLE DANA M. SABRAW, U.S. DISTRICT JUDGE

12   ALL PARTIES AND COUNSEL OF RECORD

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

08cv847 DMS (WMc)

1
2

### NOTICE OF RIGHT TO CONSENT TO TRIAL
### BEFORE A UNITED STATES MAGISTRATE JUDGE

3
4

IN ACCORDANCE WITH THE PROVISIONS OF 28 U.S.C. §

5

636(c), YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF

6

THIS DISTRICT MAY, UPON THE CONSENT OF ALL PARTIES, ON FORM 1A

7

AVAILABLE IN THE CLERK'S OFFICE, CONDUCT ANY OR ALL PROCEEDINGS,

8

INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A

9

FINAL JUDGMENT.  COUNSEL FOR THE PLAINTIFF SHALL BE RESPONSIBLE

10

FOR OBTAINING THE CONSENT OF ALL PARTIES, SHOULD THEY DESIRE TO

11

CONSENT.

12

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR

13

NOT TO CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED

14

SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL

15

THE JUDGE OR MAGISTRATE JUDGE TO WHOM THE CASE HAS BEEN ASSIGNED

16

BE INFORMED OF YOUR DECISION.

17

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE

18

APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS

19

STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

20
21
22
23
24
25
26
27
28

08cv847 DMS (WMc)