Mark T. Flewelling (#96465)
mflewelling@afrct.com
Fred Hickman (#124406)
fhickman@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN
  CAMPBELL & TRYTTEN, LLP
199 South Los Robles Avenue, Suite 600
Pasadena, CA 91101-2459
(626) 535-1900
(626) 577-7764 (Facsimile)

Attorneys for Defendants
WORLD SAVINGS BANK, FSB,
renamed and now known as
WACHOVIA MORTGAGE, FSB, sued as
WORLD SAVINGS BANK
and GOLDEN WEST SAVINGS
ASSOCIATION SERVICE CO., sued
as GOLDEN WEST SAVINGS ASSOCIATION.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMELYN G. GARNER, Pro Se,<br><br>  Plaintiff,<br><br>  vs.<br><br>WORLD SAVINGS BANK; GOLDEN WEST SAVINGS ASSN;<br><br>  Defendants. | Case No. 08 CV 847 DMS (WMc)<br><br>REQUEST FOR CONTINUANCE OF EARLY NEUTRAL EVALUATION CONFERENCE, OR, IN THE ALTERNATIVE, AUTHORIZATION OF TELEPHONIC APPEARANCE BY DEFENDANTS' SETTLEMENT REPRESENTATIVE<br><br>[Proposed Order Submitted Separately]<br><br>DATE: JULY 22, 2008<br>TIME: 3:00 P.M.<br>COURTROOM: C |

TO THE COURT AND TO PLAINTIFF, *PRO SE*:

Defendants WACHOVIA MORTGAGE, F.S.B. and GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO. request that the Early Neutral Evaluation Conference be continued to the third or fourth week of August 2008, between August 18 and August 29, 2008. The purpose of this request is to permit personal attendance of the person for Defendants who will have the full authority to negotiate and enter into a settlement of the case, as required by the

1  Notice and Order of this Court dated June 11, 2008 setting that conference. Though a continuance
2  is preferred, in the alternative, telephonic appearance of the settlement representative is requested.
3  The officer who would attend or appear telephonically is Michael B. Goldberg, Esq., Vice
4  President and Assistant General Counsel, Wachovia Legal Division, whose office is located in San
5  Antonio, Texas. He will have full settlement authority for both defendants.

6      The reason for this request is that Mr. Goldberg will be personally attending settlement
7  conferences in New Jersey and Pennsylvania on behalf of Wachovia Mortgage, F.S.B. during the
8  week of July 22, 2008. Mr. Goldberg would hope to be able to attend this court's Early Neutral
9  Evaluation Conference personally, but is unable to do that until the third or fourth week of August
10 2008.

11     If the continuance is not granted, defendants request that Mr. Goldberg's telephonic
12 appearance be permitted on July 22. Given the time zone, Mr. Goldberg's settlement conferences
13 will be concluded before the 3:00 p.m. Pacific Standard Time of this court's conference, and he
14 will be able to fully participate by conference call as if he were to personally appear.

15     A separate proposed order is submitted herewith.

16                                Respectfully Submitted,

17 Dated: July 8, 2008              ANGLIN, FLEWELLING, RASMUSSEN,
18                                   CAMPBELL & TRYTTEN LLP

20                             By:   /s/ Frederick J. Hickman
                                  Frederick J. Hickman
21                               Attorneys for Defendants WORLD
                              SAVINGS BANK, F.S.B. AND
22                               GOLDEN WEST SAVINGS ASSOCIATION
                              SERVICE CO.

23
24
25
26
27
28

PROOF OF SERVICE
(C.C.P. § 1013A(3))

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101.

On July 8, 2008, I served the foregoing document described as:

REQUEST FOR CONTINUANCE OF EARLY NEUTRAL EVALUATION CONFERENCE, OR, IN THE ALTERNATIVE, AUTHORIZATION OF TELEPHONIC APPEARANCE BY DEFENDANTS' SETTLEMENT REPRESENTATIVE

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Romelyn B. Garner, *PRO SE*
1788 Sherbrooke Street
San Diego, CA 92139
(619) 434-3395

MAIL
☐ I deposited such envelope in the mail at PASADENA California. The envelope was sealed and mailed with postage thereon fully prepaid. [OR]
☒ I am readily familiar with the office's business' practice for collection and processing of correspondence for mailing with the United State Postal Service. The correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business. On the date above the correspondence was placed at the business address stated above for deposit in the United States Postal Service. The envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

☒ (FEDERAL) I declare that I am employed in the offices of a member of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and this declaration is executed this date, July 8, 2008.

_____Jill Ashley_____          _____/s/ Jill Ashley_____
                                              (Signature)