UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMELYN B. GARNER,<br><br>    Plaintiff,<br><br>v.<br><br>WORLD SAVINGS BANK; and GOLDEN WEST SAVINGS ASSN.,<br><br>    Defendants. | Case No. 08cv847 DMS (WMc)<br><br>**NOTICE AND ORDER CONTINUING EARLY NEUTRAL EVALUATION CONFERENCE** |

The Court has received Defendants' request for a short continuance of the Early Neutral Evaluation Conference date to ensure the attendance of their representative with settlement authority. (*See* Doc. No.7.) Good cause appearing, Defendants' request is **GRANTED**. The Early Neutral Evaluation Conference is **CONTINUED** to **August 18, 2008** at **2:00 p.m.** in the chambers of the Honorable William McCurine, Jr., United States Magistrate Judge, 940 Front Street, Courtroom C, San Diego, California, 92101. It is further ordered that Defendants' representative, **Michael B. Goldberg, Esq., shall be present** at the Early Neutral Evaluation Conference. **NO FURTHER REQUESTS FOR CONTINUANCES WILL BE CONSIDERED.** The advisements and deadlines issued in the Court's June 11, 2008 Order remain in full force and effect.

**IT IS SO ORDERED.**

DATED: July 9, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court