1   Mark T. Flewelling (#96465)
    mflewelling@afrct.com
2   Fred Hickman (#124406)
    fhickman@afrct.com
3   ANGLIN, FLEWELLING, RASMUSSEN
        CAMPBELL & TRYTTEN, LLP
4   199 South Los Robles Avenue, Suite 600
    Pasadena, CA  91101-2459
5   (626) 535-1900
    (626) 577-7764 (Facsimile)
6
    Attorneys for Defendants
7   WORLD SAVINGS BANK, FSB,
    renamed and now known as
8   WACHOVIA MORTGAGE, FSB, sued as
    WORLD SAVINGS BANK
9   and GOLDEN WEST SAVINGS
    ASSOCIATION SERVICE CO., sued
10  as GOLDEN WEST SAVINGS ASSOCIATION.

11                  UNITED STATES DISTRICT COURT

12              SOUTHERN DISTRICT OF CALIFORNIA

13

14  ROMELYN G. GARNER, Pro Se,          | Case No. 08 CV 847 DMS (WMc)

15                  Plaintiff,          | PROOF OF SERVICE OF:

16          vs.                         | 1.  REQUEST FOR CONTINUANCE
                                        |     OF EARLY NEUTRAL
17  WORLD SAVINGS BANK; GOLDEN WEST     |     EVALUATION CONFERENCE, OR
    SAVINGS ASSN;                       |     IN THE ALTERNATIVE,
18                                      |     AUTHORIZATION OF
                                        |     TELEPHONIC APPEARANCE BY
19                  Defendants.         |     DEFENDANTS' SETTLEMENT
                                        |     REPRESENTATIVE
20
                                        | 2.  ORDER FOR CONTINUANCE OF
21                                      |     EARLY NEUTRAL EVALUATION
                                        |     CONFERENCE, OR, IN THE
22                                      |     ALTERNATIVE, AUTHORIZATION
                                        |     OF TELEPHONIC APPEARANCE
23                                      |     BY DEFENDANTS' SETTLEMENT
                                        |     REPRESENTATIVE
24

25

26

27

28

J:\Docs\95451.046\POS re Continue ENE & Proposed          1          PROOF OF SERVICE OF REQUEST FOR
Order Thereon-150174.doc                                             CONTINUANCE AND ORDER THEREON
                                                                     08 CV 847 DMS (WMC)

PROOF OF SERVICE
(C.C.P. § 1013A(3))
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101.

On July 8, 2008, I served the foregoing documents described as:

1.    REQUEST FOR CONTINUANCE OF EARLY NEUTRAL EVALUATION CONFERENCE, OR, IN THE ALTERNATIVE, AUTHORIZATION OF TELEPHONIC APPEARANCE BY DEFENDANTS' SETTLEMENT REPRESENTATIVE

2.    ORDER FOR CONTINUANCE OF EARLY NEUTRAL EVALUATION CONFERENCE, OR, IN THE ALTERNATIVE, AUTHORIZATION OF TELEPHONIC APPEARANCE BY DEFENDANTS' SETTLEMENT REPRESENTATIVE

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Romelyn B. Garner, *PRO SE*
1788 Sherbrooke Street
San Diego, CA 92139
(619) 434-3395

MAIL
☐    I deposited such envelope in the mail at PASADENA California. The envelope was sealed and mailed with postage thereon fully prepaid. [OR]
☒ I am readily familiar with the office's business' practice for collection and processing of correspondence for mailing with the United State Postal Service. The correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business. On the date above the correspondence was placed at the business address stated above for deposit in the United States Postal Service. The envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

☒    (FEDERAL)  I declare that I am employed in the offices of a member of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and this declaration is executed this date, July 9, 2008

_____Jill Ashley_____
(Print Name)

_____
(Signature)