UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMELYN B. GARNER, | Case No. 08cv847 DMS (WMc) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY WITH COURT ORDER** |
| WORLD SAVINGS BANK; and GOLDEN WEST SAVINGS ASSN., | |
| Defendants. | |

An Early Neutral Evaluation Conference ("ENE") was scheduled for August 18, 2008 in the above-entitled case. Plaintiff *pro se* failed to appear.

The Court's Order, dated July 9, 2008, stated:

"The Early Neutral Evaluation Conference is **CONTINUED** to **August 18, 2008** at **2:00 p.m.** in the chambers of the Honorable William McCurine, Jr., United States Magistrate Judge, 940 Front Street, Courtroom C, San Diego, California 92101."

[Doc. No. 8.]

No dismissal has been filed in this case and Plaintiff did not contact chambers in advance regarding an inability to appear on the scheduled day or time. Thus, **IT IS HEREBY ORDERED** that Plaintiff show cause why he/she failed to appear at the August 18, 2008 ENE conference and why sanctions should not be imposed.

The OSC hearing will be held on **September 2, 2008 at 2:00 p.m.** in the chambers of Judge McCurine, 940 Front St., Courtroom C, San Diego, CA 92101. Defense counsel may

1  appear telephonically at the OSC hearing by contacting the Court at (619) 557-6624 on the day
2  and time indicated above.
3      **IT IS FURTHER ORDERED** that <u>**on or before August 28, 2008, Plaintiff**</u> shall provi-
4  de a meaningful written response explaining the failure to appear.  The response shall be faxed to
5  the Court at (619) 702-9972.  Defense counsel may also file a declaration of costs to be
6  considered by the Court **no later than August 28, 2008.**

   **IT IS SO ORDERED.**

DATED: August 18, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court