PROOF OF SERVICE<br>(C.C.P. § 1013A(3))

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On August 20, 2008, I served the foregoing documents described as:

**DECLARATION OF DEFENDANTS' COUNSEL RE COSTS AND FEES ARISING FROM PLAINTIFF'S FAILURE TO APPEAR AT THE EARLY NEUTRAL EVALUATION CONFERENCE**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Romelyn B. Garner, *PRO SE*
1788 Sherbrooke Street
San Diego, CA 92139
(619) 434-3395

MAIL
☐ I deposited such envelope in the mail at PASADENA California. The envelope was sealed and mailed with postage thereon fully prepaid. [OR]
☒ I am readily familiar with the office's business' practice for collection and processing of correspondence for mailing with the United State Postal Service. The correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business. On the date above the correspondence was placed at the business address stated above for deposit in the United States Postal Service. The envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

☒ (FEDERAL) I declare that I am employed in the offices of a member of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and this declaration is executed this date, August 20, 2008.

____Malinda Sinclair____          _____(Signature)_____
(Print Name)

J:\Docs\95451.046\decl re costs ene-152164.doc

DECL. OF DEFENDANTS' COUNSEL RE COSTS AND FEES ARISING FROM PLAINTIFF'S FAILURE TO ATTEND ENE CONFERENCE