UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMELYN B. GARNER,<br><br>        Plaintiff,<br><br>v.<br><br>WORLD SAVINGS BANK; and GOLDEN WEST SAVINGS ASSN.,<br><br>        Defendants. | Case No. 08cv847 DMS (WMc)<br><br>**ORDER AWARDING SANCTIONS FOR FAILURE TO COMPLY WITH COURT ORDERS [DOC. NO. 11]** |

An Order to Show Cause hearing was held on September 2, 2008 in the above-entitled matter. Plaintiff failed to appear. Mark Flewelling, Esq. and Fred Hickman, Esq. appeared on behalf of Defendants. The Court placed the proceedings on the record.

Due to Plaintiff's failure to appear at the September 2, 2008 Order to Show Cause Hearing and the failure to appear at the August 18, 2008 Early Neutral Evaluation Conference, and good cause appearing, the Court **GRANTS** Defendants' request of **$2,731.29** in sanctions against Plaintiff. The amount of $2,731.29 shall be made payable to Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP **no later than December 31, 2008.**

**IT IS SO ORDERED.**

DATED: September 2, 2008

*/s/ W. McCurine Jr.*

Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court

08cv847 DMS (WMc)